# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 2:23-cr-00505 |
| : | |
| DAVID OTERO-LUGO : | |

## ORDER

**AND NOW**, this 9th day of August 2024, upon consideration of Defendant's Motion to Suppress Evidence (ECF No. 21), the Government's Response (ECF No. 24), Defendant's Supplemental Motion to Suppress (ECF No. 27), the Government's Supplemental Response (ECF No. 28), Defendant's Reply to Response (ECF No. 29), the Government's Proposed Findings of Fact and Conclusions of Law (ECF No. 33), Defendant's Proposed Findings of Fact and Conclusions of Law (ECF No. 34), evidence and argument presented during the evidentiary hearing on May 14, 2024; and for the reasons stated in the separately filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Suppress (ECF No. 21) and Defendant's Supplemental Motion to Suppress (ECF No. 27) are **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge